**25-1623**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

BENJAMIN ESPINOSA,
Plaintiff-Appellee,

v.

WILLIAM GITTERE, Warden; et al.,
Defendants-Appellants

and

NEVADA DEPARTMENT OF CORRECTIONS; et al.,
Defendants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,
D.C. No. 3:21-cv-00205-ART-CLB

**MOTION TO EXTEND TIME TO FILE OPENING BRIEF**
**(Second Request)**

Respectfully submitted by:
AARON D. FORD
Attorney General
CHRIS DAVIS (Nevada Bar No. 6616)
Senior Deputy Attorney General
Office of the Attorney General, State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-9252 (phone)
cwdavis@ag.nv.gov
*Attorneys for Defendants-Appellants*
*William Gittere, William Reubart,*
*Harold Wickham, David Drummond,*
*Jon Verde, and Dennis Homan*

Defendants-Appellants William Gittere, William Reubart, Harold Wickham, David Drummond, Jon Verde, and Dennis Homan, by and through counsel, Aaron D. Ford, Nevada Attorney General, Chris Davis, Senior Deputy Attorney General, hereby move, pursuant Fed R. App. P. 26(b) and Ninth Circuit Rules 31-2.2(b), to extend the time to file the Opening Brief established by this Court's order (Dkt. Entry 10.1) by sixty (60) days from June 23, 2025, to Friday, August 22, 2025. This motion is based on the following Points and Authorities, the good cause set forth in the Declaration of Chris Davis, Esq., and the pleadings and papers filed in this matter.

## **DECLARATION OF CHRIS DAVIS, ESQ.**

I, Chris Davis, declare under penalty of perjury that the following is true and correct of my own personal knowledge and if called to testify in this matter would testify as follows:

1. I am a Senior Deputy Attorney assigned to represent the Appellants as counsel in this matter.

2. On May 7, 2025, this Court granted Appellants' motion for an extension of time and ordered that the Opening Brief is due June 23, 2025. *See* Dkt. Entry 10.1

3. Counsel for Appellants has diligently attempted to complete Appellants' Opening Brief prior to the June 23rd deadline but has been unable to do so. Counsel for Appellants continues to have a family

emergency which has required a significant amount of counsel's time and attention.

4. Counsel for Defendants-Appellants is also responsible for all appeals in the Public Safety Division of the Office of the Attorney General, in addition to his litigation case load. Despite a recent hire by the Office of the Attorney General, staffing shortages persist, including the recent departure of two more attorneys in the Public Safety Division, which has caused counsel to assist in other cases outside counsel's normal caseload. Since moving to extend the briefing deadline, counsel for Defendants-Appellants has drafted seventeen (17) appellate briefs and three (3) motion to dismiss, along with numerous other motions, oppositions, responses and replies.

5. Moreover, a number of the appeals for which counsel is responsible involve parties represented by law students. It is the policy of this Court to expedite those appeals and to discourage extensions of time in those appeals. Accordingly, counsel has had to give priority to such appeals over others.

6. Additionally, counsel has been required to prepare for and travel to attend three (3) oral arguments before this Court, and one (1) before the Nevada Supreme Court, which prevented counsel from working on the brief in this appeal.

7. The holiday season has also interfered with counsel's ability to timely complete the Opening Brief.

8. Based on the foregoing, and due to the substantially increased nature of counsel for Appellants' workload, and to conserve the resources of the Court and the parties, good cause is present to extend the briefing schedule by sixty (60) days.

9. Transcripts were not ordered because the district court did not hold hearings on the district court orders at issue in this appeal.

DATED June 20, 2025,

By: */s/ Chris Davis*
CHRIS DAVIS
Senior Deputy Attorney General
Counsel for Appellants

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Fed. R. App. P. 26(b), the court may "for good cause, the court may extend the time prescribed by these rules or by its order to perform any act or may permit an act to be done after that time expires." Additionally, Ninth Circuit Rule 31-2.2(b) provides that a written motion for an extension of time to file a brief may be granted upon "showing of diligence and substantial need."[1] Appellants now

---

[1] Ninth Circuit Rule 31-2-2(b) also requires that written motions be filed seven (7) days before the expiration of the time for filing the brief. In *United States v. Aguilar-Correa*, 953 F.2d 558, 559, 1992 WL 1624 (9th Cir. 1992), withdrawn on other grounds, 965 F.2d 772, 1992, WL 117149 (9th Cir. 1992), this Court excused this requirement based on inadvertence.

move to extend the deadline for filing the Opening Brief because good cause is present for seeking the extension.

Counsel for Appellants has diligently attempted to timely complete the Opening Brief, working long hours, but has simply been unable to do so. Counsel for Appellants has had a family emergency which has required a significant amount of counsel's time and attention. This, along with the substantial nature of counsel's workload, which has not been alleviated as a result of the staffing shortages at the Office of the Nevada Attorney General, including the recent departure of two attorneys in the public safety division, prevented counsel for Appellants from timely completing Opening Brief, despite working long hours and weekends.

Also, a number of the appeals for which counsel is responsible involve parties represented by law students. It is the policy of this Court to expedite those appeals and to discourage extensions of time in those appeals. Accordingly, counsel has had to give priority to such appeals over this appeal. This challenge, along with preparing for and traveling to attend three (3) oral arguments before this Court, and one (1) before the Nevada Supreme Court has caused counsel to work even longer hours. These unusual circumstances demonstrate a substantial need to grant an extension in this case.

Additionally, Appellee should not be prejudiced by this extension, as the prior extension enabled Appellee to secure counsel. Appellants

therefore respectfully request that the extension be granted for good cause. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010) (holding that the motion to extend time should be granted when the party "demonstrated the 'good cause'" and "there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension"); *In re Slatkin*, 385 Fed. Appx. 634, 635, 2010 WL 2617591, at *1 (9th Cir. 2010) (holding that request for extension to file brief should be granted when "there was no showing of prejudice"); *Von Croney v. Smith*, 17 F.3d 398, 1994 WL 59353, at *3 n.3 (9th Cir. 1994) (holding that where "an appellee seeks an extension of time to file his brief, this court has discretion to grant that extension").

## CONCLUSION

For the forgoing reasons, and for good cause appearing, this Court should extend the time to file the Opening Brief established by this Court's order (Dkt. Entry 10.1) by sixty (60) days from June 23, 2025, to Friday, August 22, 2025.

Respectfully submitted June 20, 2025,

        AARON D. FORD
        Attorney General

        By: /s/ *Chris Davis*
            Chris Davis (Bar No. 6616)
            Senior Deputy Attorney General
            *Attorneys for Defendants-Appellants*

5

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO EXTEND TIME TO FILE OPENING BRIEF** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate electronic filing on June 20, 2025.

Participants in the case who are registered users will be served by the appellate electronic filing system to:

Samuel Weiss, Esq.
RIGHTS BEHIND BARS
416 Florida Avenue, NW, No. 26152
Washington, DC 2000
sam@rightsbehindbars.org

*Counsel for Plaintiff-Appellee*

                                        /s/ *Kimalee Goldstein*
                                        An employee of the Office of the
                                        Nevada Attorney General